Michael G. Ackerman, No. 64997
Law Offices of Michael Ackerman
2391 The Alameda, Suite 100
Santa Clara, California 95050
(408) 261-5800

Anthony Boskovich, No.121198
Law Offices of Anthony Boskovich
28 N. First St., Ste. 600
San Jose, CA  95113
(408) 286-5150

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY LARIOS,<br>          *Plaintiff*,<br><br>v.<br><br>SCOTT LUNARDI; MEL HUTSELL;<br>T. A. GARR; LIEUTENANT FOSTER; R. J.<br>JONES; STATE OF CALIFORNIA; and DOES<br>1 through 50, inclusive,<br>          Defendants. | No. 2:15-cv-02451-MCE-CMK<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND ENLARGING BRIEFING SCHEDULE |

Pursuant to the Federal Rules of Civil Procedure and Rules 143, 144,  and 230(f) of the Local Rules of the Eastern District of California, the parties hereby stipulate a modification of the hearing date and briefing schedule in this case, and state as follows:

1.     On March 23, 2016, Defendants filed their Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint, which set a hearing date for the motion as April 21, 2016.

2.     Pursuant to Local Rule 230(f), the parties HEREBY STIPULATE that the hearing date on the Summary Judgment Motion shall be continued for FOUR WEEKS through to May 19, 2016.

STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND
ENLARGING BRIEFING SCHEDULE-Case No. 2:15-cv-02451-MCE-CMK          Page 1

3.       The parties further HEREBY STIPULATE that the briefing schedule on the Summary Judgment Motion shall be extended such that Plaintiffs' opposition shall be due on May 5, 2016 and any reply shall be due on May 12, 2016.

Dated: April 1, 2016

                Respectfully submitted,

                /s/ Anthony Boskovich
                _____
                Anthony Boskovich
                Attorney for plaintiff

                /s/ William H. Downer
                _____
                William H. Downer
                Attorney for defendants

     IT IS SO ORDERED.

Dated: April 13, 2016

                _____
                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                UNITED STATES DISTRICT COURT