UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LARIOS, | No. 2:15-cv-02451-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| SCOTT LUNARDI, et al., | |
| Defendants. | |

On April 18, 2017, this Court issued a Memorandum and Order dismissing various of Plaintiff's claims as set forth in his Second Amended Complaint. ECF No. 28. In that Memorandum and Order, the Court permitted Plaintiff twenty (20) days in which to amend those causes of action. It further advised that "[i]f no amended pleading [was] timely filed, the causes of action dismissed by virtue of this order [would] be deemed dismissed with prejudice upon no further notice to the parties." Id. at 6.

///
///
///
///
///
///

1

No amended pleading has been filed, and those causes of action are thus hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: September 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE