IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY LARIOS,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SCOTT LUNARDI, ET AL.,**<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-02451-MCE-DMC<br><br>**ORDER** |

　　The Parties to this action have stipulated to permit the Defendants to file an Amended Answer to the Second Amended Complaint to add an eleventh affirmative defense asserting the after-acquired evidence doctrine. Pursuant to the Parties' stipulation, Defendants' stipulated request for leave to file an Amended Answer to the Second Amended Complaint to add an eleventh affirmative defense asserting the after-acquired evidence doctrine is GRANTED.

　　IT IS SO ORDERED.

Dated: April 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1