XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KRISTIN M. DAILY, State Bar No. 186103
Supervising Deputy Attorney General
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6120
Fax: (916) 324-5567
E-mail: William.Downer@doj.ca.gov
*Attorneys for Defendants Scott Lunardi, Kyle Foster, and Robert Jones*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY LARIOS,**<br><br>Plaintiff,<br><br>**v.**<br><br>**SCOTT LUNARDI, ET AL.,**<br><br>Defendants. | 2:15-cv-02451-MCE-CMK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date: December 19, 2019<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date: None Set<br>Action Filed: November 24, 2015 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT on December 19 2019 at 2:00 p.m. or as soon thereafter as this matter may be heard in Courtroom 2 of the above entitled Court, located at 501 I Street, Sacramento, California, Defendants Scott Lunardi, Kyle Foster, and Robert J. Jones will move for summary judgment or, in the alternative, summary adjudication of Plaintiff Timothy Larios's (Officer Larios) claims against them. The motion is based on the following grounds:

First, Defendants Lunardi, Foster, and Jones are entitled to judgment in their favor on Officer Larios's First Cause of Action brought under 42 U.S.C. § 1983 because the undisputed

facts show that they did not violate the Fourth Amendment of the Constitution of the United States. Specifically, the inspection of Officer Larios's personal cell phone during the course of an administrative, workplace misconduct investigation did not violate the Fourth Amendment because (1) Officer Larios had no expectation of privacy in the text messages that he exchanged with his confidential informant and maintained on his personal cell phone; and (2) the CHP's inspection of the text messages that he exchanged with his confidential informant and maintained on his personal cell phone was reasonable under the circumstances. Moreover, Defendant Kyle Foster is entitled to summary adjudication of Officer Larios's section 1983, Fourth Amendment claim because Defendant Foster did not directly participate in directing Officer Larios to produce his phone for inspection, and did not participate in inspecting it.

Second, Defendants are entitled to judgment in their favor on Plaintiff's First Cause of action brought under 42 U.S.C. § 1983 because it was not clearly established in November 2014 that it is a Fourth Amendment violation for a law enforcement agency employer to search the cell phone of its law enforcement officer employee for text messages between the employee and a confidential informant during the course of an administrative workplace investigation into whether the law enforcement officer employee engaged in an inappropriate personal relationship with a confidential informant, when (1) the employer agency had a special need to swiftly and thoroughly detect the nature and extent of the employee officer's relationship with his confidential informant, (2) the investigation established reasonable grounds to believe that the law enforcement officer employee engaged in an inappropriate personal relationship with a confidential informant and used his personal phone to communicate with the informant, and (3) the inspection of the employee officer's phone was reasonably related to the objective of the search.

Third, Defendants are entitled to judgment in their favor on Plaintiff's Second Cause of Action brought under the Bane Act, Cal. Civ. Code § 52.1 because the undisputed facts show that Defendants neither interfered with Plaintiff's Constitutional rights, nor committed or threatened violence against Plaintiff to interfere with his rights under the Fourth Amendment.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the separate statement of undisputed facts, the request for judicial notice, Defendants' evidence in support of the motion including, but not limited to, the declarations of Scott Lunardi, Kyle Foster, Robert Jones, William Downer, Helena Williams, Les James, Peter Phurchpean, and Curtis Duray, with exhibits thereto all of which are filed and served herewith, as well as the pleadings and papers on file in this action, and upon any other such matters as may be presented to the Court at the time of hearing.

Dated: October 7, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KRISTIN M. DAILY
Supervising Deputy Attorney General

/s/ WILLIAM H. DOWNER

WILLIAM H. DOWNER
Deputy Attorney General
*Attorneys for Defendants*

SA2015303210
14106310