1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  KRISTIN M. DAILY, State Bar No. 186103
   Supervising Deputy Attorney General
3  WILLIAM H. DOWNER, State Bar No. 257644
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6120
6    Fax: (916) 324-5567
     E-mail: William.Downer@doj.ca.gov
7  *Attorneys for Defendants Scott Lunardi, Kyle Foster, and Robert J. Jones*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY LARIOS,** | 2:15-cv-02451-MCE-CMK |
| Plaintiff, | **DEFENDANTS' NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| v. | |
| **SCOTT LUNARDI, ET AL.,** | |
| Defendants. | Date: <br> Time: 2:00 p.m. <br> Courtroom: 7 <br> Judge: Hon. Morrison C. England, Jr. <br> Trial Date: None set <br> Action Filed: November 24, 2015 |

Defendants Scott Lunardi, Kyle Foster, and Robert Jones lodge the following items in support of Defendants' Motion for Summary Judgment or, in the Alternative Summary Adjudication: I, Kyle Foster, declare:

   1.   Lodgment 1: Deposition transcript of Timothy Larios, dated March 1, 2019, (Six Volumes).

   2.   Lodgment 2: Larios SINTF Phone Extraction Report, dated October 1, 2014 (Eight Volumes).

1

3. Lodgment 3: Deposition transcript of Curtis Duray, dated March 19, 2019 (One Volume).

4. Transcription of Administrative Interrogation of Timothy Larios, dated February 3, and 10, 2015 (Two Volumes).

Dated: October 7, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KRISTIN M. DAILY
Supervising Deputy Attorney General


/s/ WILIAM H. DOWNER


WILLIAM H. DOWNER
Deputy Attorney General
*Attorneys for Defendants*

SA2015303210
14151129

2

Defendants' Notice of Lodgment in Support of Motion and Motion for Summary Judgment or, in the Alternative, Summary Adjudication (2:15-cv-02451-MCE-CMK)

# FACE PAGES OF DOCUMENTS LISTED AS LODGMENT NO. 1

DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

TIMOTHY LARIOS,

        Plaintiff,

vs.

SCOTT LUNARDI; MEL HUTSELL;
LIEUTENANT FOSTER; R.J. JONES;
and DOES 1 through 50, inclusive,

        Defendants.

No. 2:15-cv-0245
MCE-CMK

**ORIGINAL**

VIDEOTAPED DEPOSITION OF

TIMOTHY LARIOS

Friday, March 1, 2019

Reported by:

MARIA C. RIGGS

CSR No. 5526

Job No. 9277RP1



Royal PHILLIPS REPORTING · VIDEO

# EXHIBITS

**ORIGINAL**

Case:       Larios vs. Lunardi et, al.

Witness:    Timothy Larios

Date:       March 1, 2019

Exhibits:   23 part 1 of 4

*Royal* PHILLIPS
REPORTING · VIDEO

# EXHIBITS

**ORIGINAL**

Case:        Larios vs. Lunardi et, al.

Witness:     Timothy Larios

Date:        March 1, 2019

Exhibits:    23 part 2 of 4



Royal PHILLIPS
REPORTING • VIDEO
350 UNIVERSITY AVENUE, SUITE 270

## EXHIBITS

**ORIGINAL**

Case: Larios vs. Lunardi et, al.

Witness: Timothy Larios

Date: March 1, 2019

Exhibits: 23 part 3 of 4



Royal PHILLIPS
REPORTING • VIDEO
350 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

# EXHIBITS

**Case:** Larios vs. Lunardi et, al.

**Witness:** Timothy Larios

**Date:** March 1, 2019

**Exhibits:** 23 part 4 of 4

*TIMOTHY LARIOS*

*v.*

*SCOTT LUNARDI et al.*

*Case No. 2:15-cv-02451-MCE-CMK*

**Royal PHILLIPS**
REPORTING • VIDEO
350 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825
OFFICE: 916.927.3600 | FAX: 916.927.3605
WWW.RPCOURTREPORTERS.COM

**EXHIBITS**

ORIGINAL

Case: Larios vs. Lunardi et, al.

Witness: Timothy Larios

Date: March 1, 2019

Exhibits: 30



Royal PHILLIPS
REPORTING · VIDEO
350 UNIVERSITY AVENUE, SUITE 270
SACRAMENTO, CA 95825

# FACE PAGES OF DOCUMENTS LISTED AS LODGMENT NO. 2



# Extraction Report

Cellebrite UFED Reports



**California Highway Patrol**



**Computer Crimes Investigation Unit**

## Summary

| | |
|---|---|
| **Connection Type** | Cable No. 100 |
| **Extraction start date/time** | 10/1/2014 6:15:28 AM -07:00 |
| **Extraction end date/time** | 10/1/2014 6:28:49 AM -07:00 |
| **Extraction Type** | Logical |
| **Report type** | Phone |
| **Selected Manufacturer** | Casio |
| **Selected Device Name** | C771 GzOne Commando |
| **Unit Identifier** | 5919497 |
| **Unit Version** | Software: 4.0.0.220 UFED, Full Image: 2.13K25, Tiny Image: |

| UFED Physical Analyzer version | 3.9.8.7 |
|---|---|
| Case number | 0158-040-14-FA |
| Case name | Cell Phone examination ( IAS - CHP) |
| Evidence number | CCIU-1 |
| Examiner name | Phurchpean, ID 17168 |
| Department | CHP, Computer Crimes Investigation Unit |
| Location | Sacramento, CA |

## Device Information

| # | Name | Value | Del? |
|---|---|---|---|
| 1 | Client Used for Extraction | Yes | Intact |
| 2 | Detected manufacturer | CASIO | Intact |
| 3 | Detected model | C771 | Intact |
| 4 | MEID | 270113178616692688 (HEX: A100000AFEB5D0) | Intact |
| 5 | Phone date/time | 1/5/1980 4:13:24 PM -08:00 | Intact |
| 6 | Phone revision | 2.3.3 C771M150 user.build.20131119.164001 | Intact |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | **UFED Logical Report Reader**<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 2 | **Physical Analyzer Report Reader**<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 3 | **Analytics**<br>Generates the Analytics section information | Cellebrite | 2.0 |
| 4 | **ContactsCrossReference**<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 5 | **DataFilesHandler**<br>Tags data files according to extensions and file signatures | Cellebrite | 2.0 |

## Contents

| Type | Included in report | Total |
|---|---|---|
| Calendar | 1 | 1 |
| Call Log | 500 | 500 |
|    Incoming | 164 | 164 |
|    Missed | 92 | 92 |
|    Outgoing | 244 | 244 |
| Contacts | 381 | 381 |

Case 2:15-cv-02451-JAM-DMC    Document 42-3    Filed 10/07/19    Page 13 of 17

| Type | Included in report | Total |
| --- | --- | --- |
| Phone | 381 | 381 |
| MMS Messages | 171 | 171 |
|     Inbox | 157 | 157 |
|     Outbox | 2 | 2 |
|     Sent | 12 | 12 |
| SMS Messages | 8510 | 8510 |
|     Inbox | 4808 | 4808 |
|     Phone | 4808 | 4808 |
|     Sent | 3702 | 3702 |
|     Phone | 3702 | 3702 |
| Timeline | 9182 | 9182 |
| User Dictionary | 1 | 1 |
| Data Files | 183 | 183 |
|     Images | 173 | 173 |
|     Text | 4 | 4 |
|     Videos | 6 | 6 |
| Activity Analytics | 567 | 567 |
| Analytics Phones | 611 | 611 |

# FACE PAGES OF DOCUMENTS LISTED AS LODGMENT NO. 3

# In the Matter Of:

## Larios, Timothy vs Lunardi, Scott, et al.

## CURTIS DURAY

*March 19, 2019*

*Job Number: 527292-D*

# FACE PAGES OF DOCUMENTS LISTED AS LODGMENT NO. 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CALIFORNIA HIGHWAY PATROL

TRANSCRIPTION OF RECORDED INTERROGATION

OF

TIMOTHY LARIOS

February 3 and 10, 2015

Interviewed By:

Sergeant Scott Lunardi

Sergeant Mel Hutsell

CALIFORNIA HIGHWAY PATROL

    The record reflects all relevant statements and conversations occurring during the course of the interrogation, but is not verbatim. For clarity, superfluous words, phrases, verbal pauses and/or inaudible tones have been eliminated.